■ BRIAR CONTRACTING CORPORATION, Appellant, v AMMANN & WHITNEY, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Nastasi, J.), entered September 7, 1988.

Ordered that the order is affirmed, with costs (see, Briar Contr. Corp. v City of New York, 156 AD2d 628 [decided herewith]). Thompson, J. P., Lawrence, Eiber and Balletta, JJ., concur.